UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
JACOB HARRY SIMS,
    Debtor(s),                                             No. 06-12262-j7

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $3,717.18 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

| | |
|---|---|
| Birch Telecom<br>POB 927<br>Emporia, KS 66801 | $2,218.56 |
| Hunter Douglas<br>12400 Stowe Drive<br>Poway, CA 92064 | $1,498.62 |

                                                    <u>Filed electronically</u>
                                                    Philip J. Montoya
                                                    Chapter 7 Trustee
                                                    P.O. Box 159
                                                    Albuquerque, NM 87103
                                                    Tel: (505) 244-1152
                                                    Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to <u>ustpregion20.aq.ecf@usdoj.gov</u> this 13th day of September, 2010.

                                                    <u>Filed electronically</u>
                                                    Philip J. Montoya